IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 26 2007
JUDGE MARK FILIP
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PATRICIA VOGEL, | ) | |
| | ) | 06 C 0165 |
| Plaintiff, | ) | |
| | ) | JUDGE FILIP |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff Patricia Vogel by her attorney, Melinda Power, and the defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants Nari Isakson and Brian Daly, by their attorney, Margaret Carey, herein stipulate and agree to the following:

1. This action has been brought by plaintiff Patricia Vogel against the defendants City of Chicago, and City of Chicago Police Officers Nari Isakson and Brian Daly, and makes certain allegations contained in plaintiff's complaint. This settlement is intended to release all claims he has against defendants City, and Police Officers Nari Isakson and Brian Daly.

2. Defendants deny each and every allegation of wrongdoing as stated in plaintiff's complaint, and, further, denies liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and

employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and her attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff Patricia Vogel, agrees to dismiss with prejudice all of his claims against the defendant City of Chicago, and against City of Chicago Police Officers Nari Isakson and Brian Daly, with each side bearing its own costs and attorneys' fees.

5. Plaintiff Patricia Vogel, accepts a settlement from defendant, City of Chicago, in the total amount of EIGHTEEN THOUSAND FIVE HUNDRED AND NO/100 ($18,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay plaintiff the total settlement amount within thirty (30) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiff and/or her attorney agree that they will not seek payment from any source other than the

City of Chicago. The settlement check will be made payable to plaintiff, her attorney, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, City of Chicago Police Officers Nari Isakson and Brian Daly, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiffs under this settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiff does hereby release and forever discharge on behalf of herself and her heirs, executors, administrators and assigns, all claims they had or have against City of Chicago, and City of Chicago Police Officers Nari Isakson and Brian Daly, and its future, current or former officers, agents and employees, including but not limited to all claims they had, have, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto,

3

jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiff represents that she has relied upon the advice of her attorney, who is the attorney of her own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to her by his attorney, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that she and her attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

CITY OF CHICAGO
a Municipal Corporation

Patricia Vogel, plaintiff

Address: 548 Summit S.
Barrington, IL

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

4

*Patricia Vogel*

Date of birth: 10/1/56

*SSN:

*Melinda Power*

Melinda Power
Attorney for plaintiff,
Patricia Vogel
West Town Community Law Office
2502 West Division Street
Chicago, Illinois 60622
(773) 278-6706
Attorney No.
Date: 1/23/07

*Providing SSN is voluntary

BY: *Sara Ellis*

Sara Ellis
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602
(312) 744-6919
Attorney No. 06224868

DATE:

*Margaret Carey*

Margaret Carey
Senior Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6073
Attorney No.

5